1  LAWRENCE W. FREIMAN, Bar No. 288917
   MICHAEL J. FREIMAN, Bar No. 280716
2  FREIMAN LAW
   1000 Wilshire Blvd.
3  Suite 700
   Santa Monica, CA  90401
4  Telephone:    310.917.1024
   Fax No.:       888.835.8511
5  Lawrence@freimanlaw.com
   Michael@freimanlaw.com
6
   Attorneys for Plaintiff
7  IRA BENAVIDES

8  GREGORY G. ISKANDER, Bar No. 200215
   MAIKO NAKARAI-KANIVAS, Bar No. 271710
9  LITTLER MENDELSON, P.C.
   1255 Treat Boulevard
10 Suite 600
   Walnut Creek, CA  94597
11 Telephone:    925.932.2468
   Fax No.:       925.946.9809
12 giskander@littler.com
   mnakarai@littler.com
13
   Attorneys for Defendants
14 CVS PHARMACY, INC.; CVS RX SERVICES, INC.;
   LONGS DRUG STORES CALIFORNIA, L.L.C.;
15 GARFIELD BEACH CVS, L.L.C.; and CVS HEALTH
   CORPORATION
16

17               UNITED STATES DISTRICT COURT

18               EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA BENAVIDES,<br><br>                    Plaintiff,<br><br>         v.<br><br>CVS PHARMACY, INC.; CVS RX SERVICES, INC.; LONGS DRUG STORES CALIFORNIA, L.L.C.; LONGS DRUG STORES CALIFORNIA, INC.; GARFIELD BEACH CVS, L.L.C.; CVS HEALTH CORP; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.  1:16-CV-1546-SAB<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE**<br><br>Complaint Filed: August 19, 2016<br>FAC Filed:        November 2, 2016<br><br>Scheduling Conference<br>Date: December 20, 2016<br>Time: 9:00 a.m.<br>Courtroom:  9 (6th Floor) |

JOINT STIPULATION & [PROPOSED] ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE

Case No.  1:16-CV-1546-SAB

Plaintiff IRA BENAVIDES ("Plaintiff") and Defendants CVS PHARMACY, INC., LONGS DRUG STORES CALIFORNIA, L.L.C., LONGS DRUG STORES, L.L.C., GARFIELD BEACH CVS, L.L.C., and CVS HEALTH CORPORATION (collectively, "Defendants"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a Complaint against Defendants CVS Pharmacy, Inc., CVS RX Services, Inc., Longs Drug Stores California, L.L.C., Longs Drug Stores California, Inc., Garfield Beach CVS, L.L.C. and CVS Health Corporation on August 19, 2016, in the Superior Court of California for the County of Fresno;

WHEREAS, Defendants filed a Notice of Removal and removed the case to the United States District Court for the Eastern District of California on October 13, 2016;

WHEREAS, Plaintiff filed a First Amended Complaint ("FAC") against Defendants CVS Pharmacy, Inc., Longs Drug Stores California, L.L.C., Longs Drug Stores, L.L.C., Garfield Beach CVS, L.L.C. and CVS Health Corporation on November 2, 2016;

WHEREAS, Defendants filed their Answer to the FAC on November 17, 2016;

WHEREAS, the case is set for an Initial Scheduling Conference before Magistrate Judge Boone on December 20, 2016 at 9:00 a.m.;

WHEREAS, lead trial counsel for Defendants is unavailable from December 15, 2016 to December 28, 2016 due to pre-existing travel plans;

WHEREAS, the Parties agree to a short continuance of the Initial Scheduling Conference to allow lead trial counsel for Defendants to attend the Conference.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, that the Initial Scheduling Conference shall be continued from December 20, 2016, to a date that is convenient for the Court that is on or after December 29, 2016.[1]

///

---

[1] For scheduling purposes, Defendants note that lead trial counsel is in court and/or trial and unavailable on the following dates in January 2017: January 5, 12-13, 19, and 23-27.

LITTLER MENDELSON, P.C.
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94587
925.932.2468

JOINT STIPULATION & ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE   1.   Case No. 1:16-CV-1546-SAB

**IT IS SO STIPULATED**

Dated:   December 5, 2016                    LITTLER MENDELSON, P.C.


                                             */s/ Gregory G. Iskander*
                                             GREGORY G. ISKANDER
                                             MAIKO NAKARAI-KANIVAS
                                             Attorneys for Defendants
                                             CVS PHARMACY, INC.; CVS RX
                                             SERVICES, INC.; LONGS DRUG STORES
                                             CALIFORNIA, L.L.C.; GARFIELD BEACH
                                             CVS, L.L.C.; and CVS HEALTH
                                             CORPORATION

Dated:   December 5, 2016                    FREIMAN LAW


                                             */s/ Lawrence W. Freiman* (as authorized on December 5, 2016)
                                             LAWRENCE W. FREIMAN
                                             MICHAEL J. FREIMAN
                                             Attorneys for Plaintiff
                                             IRA BENAVIDES

**ORDER**

Based on the stipulation of the Parties, and for good cause showing, it is hereby ordered that the Initial Scheduling Conference currently scheduled for December 20, 2016 at 9:00 a.m. shall be continued to January 11, 2017 at 10 a.m.

IT IS SO ORDERED.

Dated:   **December 6, 2016**

                                             UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94587
925.932.2468

JOINT STIPULATION & ORDER TO CONTINUE INITIAL SCHEDULING CONFERENCE          2.          Case No.  1:16-CV-1546-SAB